IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPTH MAIMONA,<br><br>        Petitioner,<br><br>  vs.<br><br>SONDRA BYRSON, et al.,<br><br>        Respondents. | No. C 09-0859 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when petitioner, a California prisoner currently incarcerated at Salinas Valley State Prison, sent the court a form "Certificate of Funds in Inmate Account," a trust account printout of the sort usually filed with an application for leave to proceed in forma pauperis ("IFP"), and a letter from the Board of Parole Hearings informing him that administrative appeals of parole decisions have been abolished. The clerk sent him a notice that he had not filed a complaint or petition, and also a notice that he had not filed an IFP application. A form for prisoner habeas petitions was included with the notice, as well an IFP form and a return envelope.

Although petitioner has now filed a complaint on a form for civil rights cases, he has not filed an IFP application, and the time to do so has expired. This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April __15__, 2009.

                                          WILLIAM ALSUP<br>                                          UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\MAIMONA0859.DSM.wpd